AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 13, 2023**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| LAUREL TINSLEY,<br>*Plaintiff*<br>v.<br>AMERICAN FAMILY CONNECT PROPERTY AND CASUALTY INSURANCE COMPANY,<br>*Defendant* | Civil Action No. 2:22-CV-0099-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's Motion for Summary (ECF No. 56) is GRANTED.
Plaintiff's Motion in Opposition to ECF No. 56 and for Summary Judgment (ECF No. 62) is DENIED as moot.
Judgment entered in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice on Motions for Summary Judgment.

Date: November 13, 2023

CLERK OF COURT

SEAN F. McAVOY

s/ Sara Gore
*(By) Deputy Clerk*
Sara Gore